

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
FEB 14 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTOINE JERMAINE THORNTON,  ) | Civil Action No. 7:12-cv-00443 |
|     Petitioner,  ) | |
| ) | |
| v.  ) | **ORDER** |
| ) | |
| DIRECTOR OF VIRGINIA  ) | |
| DEPARTMENT OF CORRECTIONS,  ) | By:  Hon. Jackson L. Kiser |
|     Respondent.  ) |        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; the amended petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as time barred; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 14th day of February, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge