

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTOINE JERMAINE THORNTON, | ) | Civil Action No. 7:12-cv-00443 |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DIRECTOR OF VIRGINIA | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | By:  Hon. Jackson L. Kiser |
|    Respondent. | ) |        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; the amended petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as time barred; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 14th day of February, 2013.

                                               Senior United States District Judge